```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 01602
     SHIRLEY B PRICE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-1204


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/25/2008 and was confirmed 03/24/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/09/2009.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  UNSECURED        NOT FILED            .00            .00
WELLS FARGO AUTO FINANCE  SECURED           13830.44         721.01         2469.73
US BANK NATIONAL          CURRENT MORTG          .00            .00            .00
US BANK NATIONAL          SECURED NOT I          .00            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          22682.95            .00         2094.06
COLUMBIA HOUSE            UNSECURED        NOT FILED            .00            .00
CAPITAL ONE               UNSECURED           315.48            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          1074.62            .00            .00
ROUNDUP FUNDING LLC       UNSECURED           359.31            .00            .00
CHECK N GO                UNSECURED        NOT FILED            .00            .00
DIAL BANK                 UNSECURED        NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED           213.98            .00            .00
ECAST SETTLEMENT CORP     UNSECURED           212.64            .00            .00
QUICK CLICK LOANS         UNSECURED          2888.99            .00            .00
ROAMANS                   UNSECURED        NOT FILED            .00            .00
SHELL OIL CO              UNSECURED        NOT FILED            .00            .00
ST JAMES HOSPITAL & HEAL  UNSECURED        NOT FILED            .00            .00
UNION PLUS CREDIT CARD    UNSECURED        NOT FILED            .00            .00
UNITED FEDERAL CREDIT UN  UNSECURED          1904.99            .00            .00
UNITED FEDERAL CREDIT UN  UNSECURED          3574.92            .00            .00
UNITED FEDERAL CREDIT UN  UNSECURED          4822.07            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          2612.96            .00            .00
PORTFOLIO RECOVERY        UNSECURED           143.37            .00            .00
WFNNB NEW YORK & COMPANY  UNSECURED        NOT FILED            .00            .00
ROBERT PRICE JR           NOTICE ONLY      NOT FILED            .00            .00
UNITED CREDIT UNION       UNSECURED           983.61            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED           751.05            .00            .00
FELD & KORRUB LLC         DEBTOR ATTY        3,000.00                       3,000.00
TOM VAUGHN                TRUSTEE                                             715.20
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 01602 SHIRLEY B PRICE
```

```
-------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       9,000.00

PRIORITY                                             2,094.06
SECURED                                              2,469.73
     INTEREST                                          721.01
UNSECURED                                                 .00
ADMINISTRATIVE                                       3,000.00
TRUSTEE COMPENSATION                                   715.20
DEBTOR REFUND                                             .00
                           ---------------      ---------------
TOTALS                        9,000.00               9,000.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/05/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                        PAGE   2
        CASE NO. 08 B 01602 SHIRLEY B PRICE